# Court of Appeals
# of the State of Georgia

ATLANTA,__May 23, 2024_____

*The Court of Appeals hereby passes the following order:*

## A24A1398. BRUTON v. GEICO CASUALTY COMPANY

Elmaree Bruton filed a notice of appeal from the trial court's order granting judgment to GEICO Casualty Company and dismissing this action with prejudice. The appeal was docketed on April 29, 2024, and Bruton's brief of appellant was due 20 days later, on May 20, 2024. Bruton failed to file a brief by the deadline and never asked for an extension of time to file the brief. Accordingly, Bruton's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/23/2024_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*